**Electronically Filed
Supreme Court
SCWC-20-0000744
16-DEC-2024
09:31 AM
Dkt. 15 ODAC**

SCWC-20-0000744

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

THOMAS FRANK SCHMIDT and LORINNA JHINCIL SCHMIDT,
Petitioners/Plaintiffs-Appellants,

vs.

HSC, INC., a Hawai‘i corporation;
RICHARD HENDERSON, SR.; ELEANOR R.J. HENDERSON,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000744; CASE NO. 3CC061000228)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Souza, in place of Recktenwald, C.J., recused)

Petitioners' Application for Writ of Certiorari, filed

on November 4, 2024, is hereby rejected.

DATED:  Honolulu, Hawai‘i, December 16, 2024.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin A.K. Souza

